# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARREISHA WATKINS,

Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS
OF MARYLAND, INC.;
AND DOES 1-10, INCLUSIVE,

Defendants.                    No. 13-cv-445-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order acknowledging dismissal of this case entered on December 9, 2013, this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Signed this 9th day of December, 2013.

David R. Herndon
2013.12.09
16:57:48 -06'00'

**Chief Judge
U.S. District Court**